IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEFFREY L. WAGONER, as Receiver for MOON RIDGE FOODS, LLC | ) ) ) ) **JURY TRIAL DEMANDED** |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:22-cv-03084 ) |
| ALANIZ LAW AND ASSOCIATES, P.L.L.C., RICHARD D. ALANIZ and BRETT HOLUBECK | ) ) ) ) |
| Defendants. | ) |

## CONSENTED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY AND PROTECTIVE ORDER FOR DEFENDANTS' CONFIDENTIAL FINANCIAL MATERIAL

COME NOW, Plaintiff Jeffrey L. Wagoner, as Receiver for Moon Ridge Foods, LLC, and Defendants Alaniz Law and Associates, P.L.L.C., Richard D. Alaniz, and Brett Holubeck, by and through their respective undersigned counsel, and hereby move for the entry of the parties' Agreed Confidentiality and Protective Order for Defendants' Confidential Financial Material, attached hereto and marked as Exhibit A.

WHEREFORE, Plaintiff Jeffrey L. Wagoner, as Receiver for Moon Ridge Foods, LLC, and Defendants Alaniz Law and Associates, P.L.L.C., Richard D. Alaniz, and Brett Holubeck, by and through their respective undersigned counsel, and respectfully move this Court to enter the Agreed Confidentiality and Protective Order for Defendants' Confidential Financial Material, attached hereto and marked as Exhibit A, and for any such further relief as the Court deems necessary and proper under the circumstances.

1

By: */s/ Mary E. Olsen*　　　　　　　　　　By: */s/ Richard C. Wuestling*

    THE GARDNER FIRM, P.C.　　　　　　Rick C. Wuestling, #30773
    Mary E. Olsen (OLSEM4818)　　　　　　Dustin L. Goldberger, #70080
    M. Vance McCrary (MCCRM4402)　　　Roberts Perryman, P.C.
    182 St. Francis Street, Suite 103　　　　1034 S. Brentwood, Ste 2100
    Mobile, AL 36602　　　　　　　　　　St. Louis, MO 63117
    Telephone: (251) 433-8100　　　　　　Phone: 314-421-1850
    Facsimile: (251) 433-8181　　　　　　　Fax: 314-421-4346
    molsen@thegardnerfirm.com;　　　　　rwuestling@robertsperryman.com
    vmccrary@thegardnerfirm.com　　　　dgolberger@robertsperryman.com

    LANKENAU & MILLER, LLP
    Stuart J. Miller (SJM 4276)　　　　　　*Attorneys for Defendants*
    100 Church Street
    8th Floor
    New York, NY 10007
    P: (212) 581-5005

    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that on May 27, 2022, the foregoing was filed electronically with the Clerk of the Court using Case.Net electronic filing system to be served by operation of the Court's electronic filing system upon the following:

Errin P. Stowell
[stowell@wagonergroup.com]

Stuart J. Miller
[sjm@lankmill.com]

Jonathan Miller
[jon@lankmill.com]

Mary E. Olsen
[molsen@thegardnerfirm.com]

M. Vance McCrary
[vmccrary@thegardnerfirm.com]

*Attorneys for the Receiver*

                                                 */s/ Richard C. Wuestling*