IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JEFFREY L. WAGONER,<br>as Receiver for<br>MOON RIDGE FOODS, LLC<br><br>               Plaintiff,<br><br>v.<br><br>ALANIZ LAW AND ASSOCIATES,<br>P.L.L.C., RICHARD D. ALANIZ<br>and BRETT HOLUBECK<br><br>               Defendant. | Case No. 6:22-cv-03084 |

## NOTICE OF SETTLEMENT

The parties, by and through counsel, hereby provide notice that they have reached a settlement of this matter which the parties have agreed is contingent upon and subject to approval by the Circuit Court of Polk County, Missouri (the "Receivership Court") where Moon Ridge Foods, LLC is the subject of a receivership. Thus, the parties respectfully request a temporary stay of this matter pending the occurrence of the Settlement Effective Date[1]. The parties will file a joint stipulation of dismissal of this matter, with prejudice, within five (5) business days following the Settlement Effective Date.

| | |
|---|---|
| */s/ Mary E. Olsen* | */s/ Dustin L. Goldberger* |
| THE GARDNER FIRM, P.C.<br>Mary E. Olsen (OLSEM4818)<br>M. Vance McCrary (MCCRM4402)<br>182 St. Francis Street, Suite 103<br>Mobile, AL 36602<br>Telephone: (251) 433-8100<br>molsen@thegardnerfirm.com;<br>vmccrary@thegardnerfirm.com | Dustin L. Goldberger, #70080<br>Rick C. Wuestling, #30773<br>Roberts Perryman, P.C.<br>1034 S. Brentwood, Ste 2100<br>St. Louis, MO 63117<br>Phone: 314-421-1850<br>dgolberger@robertsperryman.com<br>rwuestling@robertsperryman.com |

---

[1] The Settlement Effective Date is defined in the Agreement as the later of (a) the date the Total Settlement Payment is fully funded or (b) the date that the time for taking an appeal of the Receivership Court's Order granting approval of the Agreement has expired or, in the event an appeal has been taken, the day the Order has been affirmed with no further right of appeal (the "Final Settlement Order").

Errin P. Stowell, MO Bar #70499
WM LAW,                                       *Attorneys for Defendants*
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
stowell@wagonergroup.com

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
100 Church Street
8th Floor
New York, NY 10007
 P: (212) 581-5005


*Attorneys for Plaintiff*