# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY L. WAGONER, RECEIVER FOR MOON RIDGE FOODS, INC.; <br><br> Plaintiff, <br><br> v. <br><br> ALANIZ LAW AND ASSOCIATES,, RICHARD D. ALANIZ, BRETT HOLUBECK, <br><br> Defendants. | Case No. 6:22-cv-03084-RK |

## ORDER

Pursuant to the parties' jointly filed Notice of Settlement (Doc. 23), the Court **ORDERS** that this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending:

(1) approval of the settlement by the Circuit Court of Polk County, Missouri, ("Receivership Court") where Plaintiff Moon Ridge Foods, Inc., LLC is the subject of a receivership; and

(2) occurrence of the "Settlement Effective Date" as agreed by the parties, meaning the later of:

    (a) the date the Total Settlement Payment is fully funded;

    (b) the date on which the time for taking an appeal of the Receivership Court's order granting approval of the parties' settlement agreement expires if no appeal is taken; or

    (c) if an appeal is taken, the date on which the Receivership Court's order approving granting the approval is affirmed with no further right of appeal.

The parties' perfection of settlement in this case is due within five (5) business days following the occurrence of the Settlement Effective Date. The parties shall file a joint status report on March 11, 2023, and every 45 days thereafter. Any party may move to lift the stay as may be necessary.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 25, 2023